UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


FILED
Dec 11, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT
TRANSMISSION PRODUCTS LIABILITY
LITIGATION

MDL No. 2814

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −33)

On February 2, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1350 (J.P.M.L. 2018). Since that time, 404 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Andre Birotte, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Birotte.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of February 2, 2018, and, with the consent of that court, assigned to the Honorable Andre Birotte, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 05, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: FORD MOTOR CO. DPS6 POWERSHIFT
TRANSMISSION PRODUCTS LIABILITY
LITIGATION**  MDL No. 2814

**SCHEDULE CTO−33 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | CACD No. |
|---|---|---|---|---|
| CALIFORNIA EASTERN | | | | |
| CAE | 1 | 19−01646 | Cunha v. Ford Motor Company | 2:19-cv-10346-AB-FFM |
| CAE | 1 | 19−01648 | Cisneros v. Ford Motor Company | 2:19-cv-10348-AB-FFM |
| CAE | 2 | 19−02355 | Curci et al v. Ford Motor Company | 2:19-cv-10460-AB-FFM |
| CAE | 2 | 19−02363 | Peterson et al v. Ford Motor Company | 2:19-cv-10461-AB-FFM |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 19−07599 | Gibbons et al v. Ford Motor Company | 2:19-cv-10462-AB-FFM |
| CAN | 3 | 19−07666 | Ignacio v. Ford Motor Company | 2:19-cv-10463-AB-FFM |



**I hereby attest and certify on** 12/11/2019 **that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.**

**CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**
  Derek Davis
_____
**DEPUTY CLERK**